IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PNC MORTGAGE : | |
|   *(A DIVISION OF PNC BANK, N.A.)* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 09-5084 |
| SUPERIOR MORTGAGE : | |
| CORPORATION, ET AL. : | |

## ORDER

**AND NOW,** this ___27th___ day of ___February___, 2012, upon consideration of Plaintiff PNC Mortgage's Motion for Leave to Amend Complaint (ECF No. 35), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's request to add Counts XII and XIII to the Complaint is **DENIED**.

2. Plaintiff's request to add Defendant Pollicino and Defendant Superior to Count IX of the Complaint is **DENIED**.

3. Plaintiff's request to add the allegations contained in Paragraphs 27 and 60 of the proposed Amended Complaint (Pl.'s Mot. Ex. A at ¶¶ 27 & 60) is **GRANTED**. Plaintiff shall file an Amended Complaint containing these additional Paragraphs.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**