IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PNC MORTGAGE | : | |
| *(A DIVISION OF PNC BANK, N.A.)* | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-5084 |
| SUPERIOR MORTGAGE | : | |
| CORPORATION, ET AL. | : | |

### ORDER

**AND NOW**, this  27th  day of  February , 2012, upon consideration of Defendant Superior Mortgage Corporation's Motion for Partial Summary Judgment (ECF No. 65), Defendant John H. Coneys' Motion for Summary Judgment (ECF No. 63), and Defendant Marc Pollicino's Motion for Partial Summary Judgment (ECF No. 66), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant Superior Mortgage Corporation's Motion for Partial Summary Judgment is **DENIED**.

2. Defendant John H. Coneys' Motion for Summary Judgment is **DENIED.**

3. Defendant Marc Pollicino's Motion for Partial Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**